# CARY KANE
A LIMITED LIABILITY PARTNERSHIP FOR THE PRACTICE OF LAW

CARY KANE LLP • 1350 BROADWAY, SUITE 2220 • NEW YORK, N.Y. 10018 • 212 868 6300 • WWW.CARYKANELEGAL.COM

CHRISTOPHER S. BALUZY  
CBALUZY@CARYKANE.COM

WRITER'S DIRECT TEL/FAX  
(212) 871-0535 (T)  
(646) 599-9575 (F)

May 26, 2021

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

> Re: **Katsaros v. Zanimad Food Corp. et al. – No. 20-cv-10691**

Dear Judge Furman:

    This firm represents Nikolaos Katsaros in the above matter. I write pursuant to Your Honor's Individual Rules and Practices to request a one (1) week extension of time to submit the parties' *Cheeks* letter requesting approval of the settlement agreement. The reason for the request is that counsel for both sides still needs to review and discuss with their respective clients the content of the *Cheeks* letter and settlement agreement draft. The original deadline is May 28, 2021 (ECF No. 24). There have been no other requests to adjourn this deadline. Defendants' counsel consents to this request.

    So Your Honor is aware, the parties submitted a proposed order to the Clerk today referring this matter to Magistrate Judge Gorenstein.

    Thank you for your consideration.

Respectfully submitted,

/s/*Christopher S. Baluzy*
Christopher S. Baluzy

cc: All counsel of record (via ECF)

Application GRANTED. The parties shall file their settlement agreement and joint letter no later than **June 4, 2021**. The Clerk of Court is directed to terminate ECF No. 25.

SO ORDERED.

May 26, 2021